UNITED STATES of America, Plaintiff–Appellee,

v.

Timothy Gordon FAASSE, Defendant–Appellant.

No. 98–2337.

United States Court of Appeals, Sixth Circuit.

Dec. 1, 2000.

Before: MARTIN, Chief Judge, MERRITT, BOGGS, NORRIS, SUHRHEINRICH, SILER, BATCHELDER, DAUGHTREY, MOORE, COLE, CLAY, and GILMAN, Circuit Judges.

## ORDER

A majority of the Judges of this Court in regular active service have voted for re-hearing of this case en banc. Sixth Circuit Rule 35(a) provides as follows:

"The effect of the granting of a hearing en banc shall be to vacate the previous opinion and judgment of this court, to stay the mandate and to restore the case on the docket sheet as a pending appeal."

Accordingly, it is **ORDERED**, that the previous decision and judgment of this court is vacated, the mandate is stayed and this case is restored to the docket as a pending appeal.

It is further **ORDERED** that the appellant file a supplemental brief not later than Friday, January 5, 2001, and the appellee file a supplemental brief not later than Monday, February 12, 2001.